| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>MCAULIFFE, STEVEN J | 2. Court or Organization<br>U.S. DISTRICT COURT - N.H. | 3. Date of Report<br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>WARREN B. RUDMAN COURTHOUSE<br>55 PLEASANT STREET, ROOM 416<br>CONCORD, N.H. 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | New Hampshire Bar Foundation |
| 2. | Director | Challenger Center for Space Science Education |
| 3. | Custodian | Agency Account Bow Mills Bank (for ▮▮▮) |
| 4. | Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. | Chair | New Hampshire State Committee of Selection for the 2003 Competition of the Rhodes Scholarships |
| 6. | Partner | Pinchers' Investment Group (Neighborhood Investment Club) |
| 7. | Treasurer | Local EAA Chapter - Capitol Flyers |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 13 11 15 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Concord, N.H. School District (Teaching) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. NOW Acct Fleet Bank | A | Interest | J | T | | | | | |
| 2. Note Rec. R. Jobin | | None | K | T | | | | | |
| 3. NOW Acct Bow Mills Bank | A | Interest | J | T | | | | | |
| 4. IRA Inv Co Amer Mut Fund | A | Dividend | K | T | | | | | |
| 5. IRA Wash Mut Inv Fund | A | Dividend | J | T | | | | | |
| 6. IBM Cap Corp | A | Dividend | J | T | Partial Sale | 9/29 | J | C | Mkt |
| 7. Johnson & Johnson Com | A | Dividend | | | Sold | 7/21 | J | D | Mkt |
| 8. Exxon Mobil Corp. | A | Dividend | J | T | Partial Sale | 3/20 | J | B | Mkt |
| 9. American Intnl Group Inc Cap | A | Dividend | J | T | | | | | |
| 10. State Street Bank IMMA (cash mgmt acct) | A | Interest | J | T | | | | | |
| 11. State St. Bank IMMA [C] | A | Interest | J | T | | | | | |
| 12. Bow Mills Bank Stock (D) | | None | M | T | | | | | |
| 13. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 14. Fidelity Cash Reserves | A | Interest | | | Sold | 10/2 | J | A | Mkt |
| 15. Fidelity Cash Reserves [C] | B | Interest | M | T | Buy | 12/19 | M | | Mkt |
| 16. Fidelity Disc. Equity Fund [C] | A | Dividend | K | T | Partial Sale | 12/19 | K | A | Mkt |
| 17. Citigroup, Inc. | A | Dividend | K | T | Partial Sale | 3/20 | J | C | Mkt |
| 18. Fidelity Stock Selector Mutual Fund [C] | A | Dividend | K | T | Partial Sale | 12/19 | K | A | Mkt |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Fidelity Contrafund [C] | A | Dividend | K | T | Partial Sale | 12/19 | K | A | Mkt |
| 20. Tyco Intnl Ltd. | A | Dividend | | | Sold | 9/29 | J | A | Mkt |
| 21. Fidelity Diversified Intnl Fund [C] | A | Dividend | K | T | Partial Sale | 12/19 | K | A | Mkt |
| 22. Baxter Intl Inc. Com | A | Dividend | | | Sold | 7/8 | J | A | Mkt |
| 23. IRA Franklin Templeton For. Fund | A | Dividend | K | T | | | | | |
| 24. IRA Scudder Small Cap Value Fund Cl. C | | None | J | T | | | | | |
| 25. IRA PA PACE Large Comp. Value Fund | | None | K | T | | | | | |
| 26. PA Pace Small/Med Co. FD.Small Cap FD C | | None | K | T | | | | | |
| 27. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 28. Target Corp. | A | Dividend | - | | Sold | 12/12 | J | B | Mkt |
| 29. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 30. Fidelity Select Software Computer Fund (D) | | None | | | Sold | 10/2 | J | A | Mkt |
| 31. Fidelity Select Technology Portfolio (D) | | None | | | Sold | 10/2 | J | A | Mkt |
| 32. Pfizer Inc. Com | A | Dividend | J | T | | | | | |
| 33. Bow Mills Bank Stock [C] | | None | K | T | | | | | |
| 34. Pinchers' Investment Group Ptnshp Share | A | Dividend | K | T | | | | | |
| 35. -EMC Corp. | | None | | | Sold | 2/21 | J | A | Mkt |
| 36. -Nokia Corp. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 37. -Palm Inc. | | None | | | Sold | 2/21 | J | A | Mkt |
| 38. -3 Com Corp. | | None | J | T | | | | | |
| 39. -Harley Davidson Inc. | A | Dividend | J | T | | | | | |
| 40. -Home Depot Inc. | A | Dividend | J | T | | | | | |
| 41. -ABFS | | None | | | Sold | 2/21 | J | A | Mkt |
| 42. -AOL | | None | | | Sold | 2/21 | J | A | Mkt |
| 43. -GE | A | Dividend | J | T | | | | | |
| 44. -IDNX | | None | | | Sold | 2/21 | J | A | Mkt |
| 45. -INTC | A | Dividend | J | T | | | | | |
| 46. -Liberty Media | | None | - | | Sold | 2/21 | J | A | Mkt |
| 47. -MDLI | | None | | | Sold | 2/21 | J | A | Mkt |
| 48. -MRK | A | Dividend | J | T | | | | | |
| 49. -WAT | | None | J | T | | | | | |
| 50. -AIG | | None | J | T | | | | | |
| 51. -BCR | A | Dividend | J | T | | | | | |
| 52. -CMX | | None | J | T | | | | | |
| 53. -MDT | | None | J | T | | | | | |
| 54. -MSFT | A | Dividend | J | T | Buy Addtnl. | 4/20 | J | | Mkt |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -PFE | A | Dividend | J | T | Buy Addtnl. | 4/20 | J | | Mkt |
| 56. -ABN-AMRO North-America, Inc. | | None | | | Sold | 2/21 | J | A | Mkt |
| 57. -TZA | | None | J | T | Buy | 10/1 | J | | Mkt |
| 58. -JBLU | | None | J | T | Buy | 2/21 | J | | Mkt |
| 59. -JBLU | | None | | | Sold | 12/8 | J | A | Mkt |
| 60. Anadarko Pete Corp. | A | Dividend | | | Sold | 7/21 | J | A | Mkt |
| 61. Caterpillar Inc. | A | Dividend | J | T | Partial Sale | 9/29 | J | C | Mkt |
| 62. Bed Bath & Beyond Inc. | | None | | | Sold | 12/12 | J | B | Mkt |
| 63. Fidelity Dividend Growth Fund [C] | A | Dividend | J | T | Partial Sale | 12/19 | J | A | Mkt |
| 64. Block, H&R, Inc. | | None | - | | Sold | 10/2 | J | A | Mkt |
| 65. Quest Diagnostics, Inc. | A | Dividend | J | T | | | | | |
| 66. Donaldson, Inc. | A | Dividend | J | T | | | | | |
| 67. Patterson Dental Co. | | None | J | T | Buy | 3/20 | J | | Mkt |
| 68. Fidelity Small Cap Stock Fund [C] | A | Dividend | K | T | Buy | 10/10 | K | | Mkt |
| 69. Fidelity Small Cap Stock Fund [C] | A | Dividend | K | T | Partial Sale | 12/19 | K | A | Mkt |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART I. POSITIONS.

Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.

I own a summer cottage with a former law partner, Edward E. Shumaker, III, as tenants in common, which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a personal residence.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _May 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544